1  GONZALEZ SAGGIO & HARLAN
   Nancy L. Allf, Bar No. 0128
2  *Nancy_allf@gshllp.com*
   411 East Bonneville Ave., Suite 100
3  Las Vegas, NV 89101
   Telephone: (702) 366-1866
4  Facsimile:  (702) 366-1945

5

   Attorneys for Plaintiff/Counterdefendants
6

7                 UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
8  HEARING CENTERS OF LAS VEGAS,
   LLC., a Nevada Limited Liability
   Company,
9                                          Case No.  2:07-CV-00609-LRH-(LRL)

10                 Plaintiff,

11 vs.                                      **ORDER GRANTING REQUEST
                                            FOR EXTENTION OF TIME TO RESPOND
                                            TO MOTION FOR PRELIMINARY
12 SONUS-USA, INCORORATED,  a               INJUNCTION**
   foreign Corporation organized in
13 Washington State, and NATIONAL
   HEARING CENTERS, INC., a foreign
   Corporation organized in Delaware, d/b/a
14 AMPLIFON HEARING AID CENTERS,
   DOE individuals, I through X, inclusive,
15 and ROE Corporations I through X,
   inclusive,
16
                   Defendants.
17

18 SONUS-USA, INCORORATED,  a
   foreign Corporation organized in
19 Washington State, and NATIONAL
   HEARING CENTERS, INC., a foreign
20 Corporation organized in Delaware, d/b/a
   AMPLIFON HEARING AID CENTERS,
21
                   Counterclaimants,
22 vs.

23 HEARING CENTERS OF LAS VEGAS,
   LLC., a Nevada Limited Liability
24 Company, KIMBERLY WILSON, an
   individual, and EUGENE BALSOM, an
25 individual,

26                 Counterdefendants.

27

28

GONZALEZ SAGGIO &
   HARLAN, LLP

This matter, having come before the Court pursuant to the Notice of Opposition of Motion for Preliminary Injunction and Ex Parte Request for Extension of Time to Respond to Motion; the Court having reviewed the papers on file and for good cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED that Hearing Centers of Las Vegas, LLC, Kimberly Wilson and Eugene Balsom shall have until August 30, 2007 in which to respond to the Motion for Preliminary Injunction.

Submitted by,

GONZALEZ SAGGIO & HARLAN, LLP

By:_____
    Nancy L. Allf, Esq.
    411 E. Bonneville, Suite 300
    Las Vegas, NV 89101
    Attorneys for Plaintiffs/Counterdefendants

**IT IS SO ORDERED.**

DATED this 22nd day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

GONZALEZ SAGGIO &
HARLAN, LLP